B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re     Jason Corey Bornman

_____ ,

Debtor

Case No. ___15-04676-5-DMW___

Chapter _____7_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 215,412.00 | | |
| B - Personal Property | Yes | 4 | 46,199.24 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 98,392.47 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 7,063.86 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 1,191,564.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | 5,070.32 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,070.00 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 261,611.24 | | |
| Total Liabilities | | | | 1,297,020.33 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Eastern District of North Carolina - New Bern Division

In re    Jason Corey Bornman                              ,    Case No.    15-04676-5-DMW

               Debtor                Chapter            7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   Jason Corey Bornman                                                    ,        Case No.   15-04676-5-DMW
                                                        Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| House & Lot:<br>2480 Mill Creek Road<br>Newport, NC 28570<br>*Taxes and Insurance included in escrow*<br>*Habitat for Humanity has a right of first refusal to buy and % of equity*<br>*Tax Value Shown* | | J | 150,576.00 | Unknown |
| Land:<br>110 Joan's Haven Drive<br>Newport, NC 28570<br>*Tax Value Shown* | | J | 26,726.00 | 17,230.30 |
| Land:<br>106 Joan's Haven Drive<br>Newport, NC 28570<br>*Tax Value Shown* | | J | 38,110.00 | 14,395.00 |
| Valuation Method = FMV unless otherwise noted | | J | 0.00 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| | Sub-Total > | 215,412.00 | (Total of this page) | |
| | Total > | 215,412.00 | | |

  0   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    Jason Corey Bornman                                           Case No.    15-04676-5-DMW
                                                     ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br> Creditor #: 1 <br> Carteret County Tax <br> Attn: Manager or Agent <br> PO Box 1070 <br> Charlotte, NC 28201 | X | | - | 2014 <br> Possible Obligation - County Tax Lien <br> House & Lot: <br> 2480 Mill Creek Road <br> Newport, NC 28570 <br> Land: <br> 110 Joan's Haven Drive <br> and 106 Joan's Haven Drive | | | | | |
| | | | | Value $            150,576.00 | | | | 0.00 | 0.00 |
| Account No. xxxxxxxxxx5968 <br><br> Creditor #: 2 <br> First Citizens <br> Attn: Managing Agent <br> PO Box 27131 <br> Raleigh, NC 27611 | | | - | 2010 Honda Odessey <br> VIN: 5FNRL3H9XAB022447 <br> Mileage: 100,300 <br> Nationwide Insurance Policy #: 2283 <br> Value = Trade ($17,550) - 20% | | | | | |
| | | | | Value $              14,040.00 | | | | 10,795.32 | 0.00 |
| Account No. xxxxxxxxx <br><br> Creditor #: 3 <br> First Citizens Bank <br> Attn: Managing Agent <br> P.O. Box 29514 <br> Raleigh, NC 27626-0514 | X | | - | 2012 <br><br> Deed of Trust <br><br> Land: <br> 110 Joan's Haven Drive <br> Newport, NC 28570 <br> *Tax Value Shown* | | | | | |
| | | | | Value $              26,726.00 | | | | 17,230.30 | 0.00 |
| Account No. xxxxxxxxx <br><br> Creditor #: 4 <br> First Citizens Bank <br> Attn: Managing Agent <br> P.O. Box 29514 <br> Raleigh, NC 27626-0514 | | | - | 2014 <br><br> Deed of Trust <br><br> Land: <br> 106 Joan's Haven Drive <br> Newport, NC 28570 <br> *Tax Value Shown* | | | | | |
| | | | | Value $              38,110.00 | | | | 14,395.00 | 0.00 |

|   1   continuation sheets attached | Subtotal <br> (Total of this page) | 42,420.62 | 0.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  Jason Corey Bornman                                              ,     Case No.  15-04676-5-DMW
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deed of Trust | | | | | |
| Creditor #: 5 Habitat for Humanity Attn: Manager, Agent, Officer P. O. Box 789 Newport, NC 28570 | X | - | House & Lot: 2480 Mill Creek Road Newport, NC 28570 *Taxes and Insurance included in escrow* *Habitat for Humanity has a right of first refusal to buy and % of equity* *Tax Value Shown* | | | | | |
| | | | Value $          150,576.00 | | | | 35,694.45 | 0.00 |
| Account No. | | | 2nd Mortgage | | | | | |
| Creditor #: 6 Habitat for Humanity Attn: Manager, Agent or Office P. O. Box 789 Newport, NC 28570 | X | - | House & Lot: 2480 Mill Creek Road Newport, NC 28570 *Taxes and Insurance included in escrow* *Habitat for Humanity has a right of first refusal to buy and % of equity* *Tax Value Shown* | | | | | |
| | | | Value $          150,576.00 | | | | Unknown | Unknown |
| Account No. | | | 2014 | | | | | |
| Creditor #: 7 Kubota Credit Corp. Attn: Manager, Agent, Officer 4400 Amon Carter Blvd. Suite 100 Fort Worth, TX 76155 | | - | Purchase Money Security Interest  2013 Kubota 3300 Tractor with backhoe | | | | | |
| | | | Value $          19,000.00 | | | | 20,277.40 | 1,277.40 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 55,971.85 | 1,277.40 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 98,392.47 | 1,277.40 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    Jason Corey Bornman                                                          Case No.    15-04676-5-DMW
                                                                              ,
                                Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.: 1 **A-1 Pavement Marking Inc. Attn: Manager, Agent, Officer 238 N. Bivens Road Monroe, NC 28110 | | - | | | Business Debt | | | | 13,309.26 |
| Account No. xx6015 Creditor #: 2 Adams Products Attn: Manager, Agent, Officer 333 N. Greene Street Greensboro, NC 27401 | | - | | | 2014 Business Debt | | | | 2,059.66 |
| Account No. Creditor #: 3 Argos Ready Mix LLC c/o Busch, Reed & Jones, P.C. 639 Whitlock Avenue Marietta, GA 30064 | | - | | | Business Debt | | | | 8,977.72 |
| Account No. xxxxxxxxx3001 Creditor #: 4 Bank of West Attn: Manager, Agent, Officer 475 Sansome Street 19th Floor San Francisco, CA 94111 | | - | | | Business Debt | | | | 67,170.32 |

__16__  continuation sheets attached

Subtotal
(Total of this page)                                                   91,516.96

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          S/N:26299-151009    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Jason Corey Bornman                                    Case No.    15-04676-5-DMW
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxx4103 | | | | | 2014 | | | | |
| Creditor #: 5<br>Carolina Sunrock, LLC<br>Attn: Manager, Agent, Officer<br>200 Horizon Drive<br>Suite 100<br>Raleigh, NC 27615 | | - | | | Business Debt | | | | 44,209.03 |
| Account No. xxxxxxx7030 | | | | | 2015 | | | | |
| Creditor #: 6<br>Carteret General Hospital<br>Attn: Managing Agent<br>PO Drawer 1619<br>Morehead City, NC 28557 | | - | | | Medical Expenses | | | | 729.63 |
| Account No. xxxxxxxxxxx2078 | | | | | Business Debt | | | | |
| Creditor #: 7<br>Cat Financial Commercial Acct<br>Attn: Manager, Agent, Officer<br>Charlotte, NC 28290 | | - | | | | | | | 15,725.99 |
| Account No. xxxxx0164 | | | | | Business Debt | | | | |
| Creditor #: 8<br>CenturyLink<br>Attn: Managing Agent<br>P.O. Box 4300<br>Carol Stream, IL 60197-4300 | | - | | | | | | | 498.65 |
| Account No. xxx4366 | | | | | 2014 | | | | |
| Creditor #: 9<br>Centurylink<br>c/o Law Offices of<br>Randall S. Fudge & Associates<br>P. O. Box 60872<br>Oklahoma City, OK 73146-0872 | | - | | | Business Debt | | | | 885.44 |

Sheet no.   1    of   16    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    62,048.74

B6F (Official Form 6F) (12/07) - Cont.

In re  Jason Corey Bornman                                                    , Case No.  15-04676-5-DMW
                                            Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxx8182 | | | | Possible Reposession Deficiency | | | | |
| Creditor #: 10 Citizen One Auto Finance Attn: Manager, Agent, Officer RJW214 P. O. Box 7000 Providence, RI 02940 | - | | | | | | | 0.00 |
| Account No. | | | | 2014 | | | | |
| Creditor #: 11 City of Raleigh Attn: Manager, Agent, Officer P. O. Box 590 Raleigh, NC 27602-0590 | - | | | Business Debt | | | | 33,490.55 |
| Account No. 6634 | | | | 2015 | | | | |
| Creditor #: 12 Countryside Sanitation Svc. Attn: Manager, Agent, Officer P. O. Box 247 Grifton, NC 28530 | - | | | Business Debt | | | | 55.00 |
| Account No. xx0650 | | | | 2014 | | | | |
| Creditor #: 13 Davis Wholesale Tire Co. Attn: Manager, Agent, Officer 1601 W. New Bern Road Kinston, NC 28504 | - | | | Business Debt | | | | 340.27 |
| Account No. | | | | 2014 | | | | |
| Creditor #: 14 DeLage Landen Fin. Svcs, Inc. Attn: Manager, Agent, Officer 1111 Old Eagle School Rd. Wayne, PA 19087 | - | | | Business Debt | | | | 0.00 |

Sheet no.  2   of  16   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          33,885.82

B6F (Official Form 6F) (12/07) - Cont.

In re   Jason Corey Bornman                                    Case No.   15-04676-5-DMW
                                                   ,
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. xx-xxx-5202 | | | | 2014 | | | | |
| Creditor #: 15 Diamond Blade Warehouse Attn: Manager, Agent, Officer P. O. Box 5759 Vernon Hills, IL 60061 | | - | | Business Debt | | | | 218.43 |
| Account No. xxxxxx6750 | | | | 2015 | | | | |
| Creditor #: 16 Duke Energy Progress P. O. Box 1771 Raleigh, NC 27602 | | - | | Business Debt | | | | 512.40 |
| Account No. xx8700 | | | | 2014 | | | | |
| Creditor #: 17 ECS Carolinas LLP Attn: Managing Agent 14026 Thunderbolt Pl 500 Chantilly, VA 20151 | | - | | Business Debt | | | | 3,833.50 |
| Account No. | | | | 2015 | | | | |
| Creditor #: 18 Emergency Medicine Physicians Attn: Manager, Agent, Officer 100 South Owasso Blvd West Saint Paul, MN 55117 | | - | | Medical Expenses | | | | 435.00 |
| Account No. xxx0888 | | | | Business Debt - Executory Contract Deficiency | | | | |
| Creditor #: 19 Erie Insurance Exchange Attn: Manager, Agent, Officer 100 Erie Ins. Pl Erie, PA 16530 | | - | | | | | | 14,371.00 |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                19,370.33

B6F (Official Form 6F) (12/07) - Cont.

In re    Jason Corey Bornman                                            Case No.    15-04676-5-DMW
                                                    ,
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xx8862 | | | | Business Debt | | | | |
| Creditor #: 20 Ferguson Enterprises, Inc. Attn: Manager, Agent, Officer FEI-Raleigh #15 2700-A Yonkers Rd Raleigh, NC 27604-3229 | | - | | | | | | 538.42 |
| Account No. xxxxx4447 | | | | 2015 Personal Loan | | | | |
| Creditor #: 21 First Citizens Bank Attn: Managing Agent P.O. Box 29514 Raleigh, NC 27626-0514 | X | - | | | | | | 2,758.60 |
| Account No. xxxxxxxxxx3015 | | | | Business Debt | | | | |
| Creditor #: 22 First Citizens Bank Attn: Manager, Agent, Officer 7045 Hwy 70 East Newport, NC 28570 | | - | | | | | | 1,965.49 |
| Account No. xxxxxxxxxx3007 | | | | Business Debt | | | | |
| Creditor #: 23 First Citizens Bank Attn: Manager, Agent, Officer 7045 Hwy 70 East Newport, NC 28570 | | - | | | | | | 2,710.08 |
| Account No. xxxxxxxxxx5967 | | | | Business Debt | | | | |
| Creditor #: 24 First Citizens Bank Attn: Manager, Agent, Officer 7045 Hwy 70 East Newport, NC 28570 | | - | | | | | | 5,355.25 |

Sheet no.   4    of   16    sheets attached to Schedule of                            Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)         13,327.84

B6F (Official Form 6F) (12/07) - Cont.

In re    Jason Corey Bornman                                          ,    Case No.    15-04676-5-DMW
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxxx | | | | | 2007 | | | | |
| Creditor #: 25 **First Citizens Bank Attn: Manager or Agent 100 E Tryon Rd Raleigh, NC 27603 | X | - | | | Account converted into loan No. xxx4447 | | | | 0.00 |
| Account No. FC59 | | | | | 2014 | | | | |
| Creditor #: 26 Garrett Trucking Attn: Manager, Agent, Officer 1701 Elliott Farm Road Fayetteville, NC 28311 | | - | | | Business Debt | | | | 134.34 |
| Account No. | | | | | Business Debt | | | | |
| Creditor #: 27 Green Resource, LLC c/o Bell, Davis & Pitt P. O. Box 21029 Winston Salem, NC 27120-1029 | | - | | | | | | | 10,043.34 |
| Account No. xxxxxxxxx1375 | | | | | 2015 | | | | |
| Creditor #: 28 Gregory Poole Equipment Co. Attn: Manager, Agent, Officer 4807 Beryl Road Raleigh, NC 27606 | | - | | | Business Debt | | | | 16,182.00 |
| Account No. | | | | | | | | | |
| Gregory Poole Equipment Co. Attn: Manager, Agent, Officer 701 Blue Ridge Rd. Raleigh, NC 27606 | | | | | Representing: Gregory Poole Equipment Co. | | | | Notice Only |

Sheet no.  5   of  16   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,659.68

B6F (Official Form 6F) (12/07) - Cont.

In re   Jason Corey Bornman                                                    Case No.    15-04676-5-DMW
_____,
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Representing: Gregory Poole Equipment Co. | | | | Notice Only |
| Nan E. Hannah Attorney for Gregory Poole 5400 Glenwood Ave #410 Raleigh, NC 27612 | | | | | | | | | |
| Account No. xxxxxxx4549 | | | | | 2014 | | | | |
| Creditor #: 29 H D Supply Attn: Manager, Agent, Officer 501 W. Church Street Orlando, FL 32805-2247 | | - | | | Business Debt | | | | 9,314.82 |
| Account No. xx9226 | | | | | 2014 | | | | |
| Creditor #: 30 H&D Supply Attn: Manager, Agent, Officer P. O. Box 1419 Thomasville, GA 31799-1419 | | - | | | Business Debt | | | | 2,998.71 |
| Account No. xxxxx1993 | | | | | 2015 | | | | |
| Creditor #: 31 Hanson Aggregates Southeast c/o Ethan J. Fleischer, Esq Bugg & Wolf, P.A. P. O. Box 2917 Durham, NC 27715 | | | | | Business Debt | | | | 13,276.63 |
| Account No. xxxxS338 | | | | | 2015 | | | | |
| Creditor #: 32 Hendrix-Barnhill Company, Inc. c/o William M. Black, Jr. Attorney at Law P. O. Box 19866 Raleigh, NC 27619 | | - | | | Business Debt | | | | 34,180.00 |

Sheet no. __6__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    59,770.16

B6F (Official Form 6F) (12/07) - Cont.

In re    Jason Corey Bornman                                                          ,    Case No.    15-04676-5-DMW
                                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxx7145 | | | | | 2014 | | | | |
| Creditor #: 33 Highland Paving Company c/o H. Addison Winters Attn: Manager, Agent, Officer P. O. Box 705 Fayetteville, NC 28302 | | - | | | Business Debt | | | | 203,645.24 |
| Account No. xxRM01 | | | | | 2014 | | | | |
| Creditor #: 34 Hills Machinery Company, LLC Attn: Manager, Agent, Officer 1014 Atlas Way Columbia, SC 29209 | | - | | | Business Debt | | | | 14,678.61 |
| Account No. | | | | | Representing: Hills Machinery Company, LLC | | | | Notice Only |
| Gaylord, McNally, Strickland & Snyder, LLP Attn: Manager, Agent, Officer P. O. Drawer 545 Greenville, NC 27835-0545 | | | | | | | | | |
| Account No. xxxxx1149 | | | | | 2014 | | | | |
| Creditor #: 35 Hudson Paving, Inc. c/o Stephan r. Futrell Kitchin Neal Webb Webb & Futre P. O. Box 1657 Rockingham, NC 28380 | | - | | | Business Debt | | | | Unknown |
| Account No. 2523 | | | | | 2014 | | | | |
| Creditor #: 36 Hurst Annaho Attn: Manager, Agent, Officer 133 Grove Street Fayetteville, NC 28305-3296 | | - | | | Business Debt | | | | 478.61 |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

218,802.46

B6F (Official Form 6F) (12/07) - Cont.

In re    Jason Corey Bornman                                          ,          Case No.    15-04676-5-DMW
                                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx-xx1700<br><br>Creditor #: 37<br>IPFS Corporation<br>Attn: Managing Agent<br>P. O. Box 412086<br>Kansas City, MO 64141-2086 | - | | Business Debt | | | | 2,563.50 |
| Account No. xxxxD285<br><br>Creditor #: 38<br>Jerry T. Bunn Trucking, LLC<br>Attn: Manager, Agent, Officer<br>7164 Flat Rock Rd.<br>Sims, NC 27880 | - | | 2015<br><br>Business Debt | | | | 33,517.30 |
| Account No.<br><br>Creditor #: 39<br>Mack Industries, Inc.<br>Attn: Manager, Agent, Officer<br>Dept 781732<br>P. O. Box 7800<br>Detroit, MI 48278-1732 | - | | Business Debt | | | | 59,155.43 |
| Account No.<br><br>The Van Winkle Law Firm<br>Attn: Manager, Agent, Officer<br>P. O. Box 7376<br>Asheville, NC 28802 | | | Representing:<br>Mack Industries, Inc. | | | | Notice Only |
| Account No. BORNCO<br><br>Creditor #: 40<br>Mallard Oil Company<br>Attn: Manager, Agent, Officer<br>1502 Dr. MLK Jr. Blvd<br>Kinston, NC 28501 | - | | 2015<br><br>Business Debt | | | | 3,447.61 |

| Sheet no. _8_ of _16_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 98,683.84 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  Jason Corey Bornman                                                    Case No.    15-04676-5-DMW
_____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxx5099 | | | | | 2015 | | | | |
| Creditor #: 41 Maxwell Portable Storage Attn: Manager, Agent Officer P. O. Box 1208 Fayetteville, NC 28302 | - | | | | Business Debt | | | | 786.45 |
| Account No. xxxxS892 | | | | | 2015 | | | | |
| Creditor #: 42 Milam's Equipment Rentals, LL c/o Shipman & Wright, LLP 575 Military Cutoff Rd. Suite 106 Wilmington, NC 28405 | - | | | | Business Debt | | | | 85,037.26 |
| Account No. xxxxxxxxxxxxxxx | | | | | 2012 | | | | |
| Creditor #: 43 Nationwide Bank Attn: Manager, Agent, Officer 1 Nationwide Plaza Columbus, OH 43215 | - | | | | Credit card purchases | | | | 10,003.00 |
| Account No. xxxxx4504 | | | | | 2015 | | | | |
| Creditor #: 44 Neff Rental, LLC c/o Sprouse Law Firm, PLLC 3109 Poplarwood Ct. Suite 115 Raleigh, NC 27604 | - | | | | Business Debt | | | | 23,425.40 |
| Account No. xx0675 | | | | | 2014 | | | | |
| Creditor #: 45 NES Rentals Attn: Manager, Agent, Officer P. O. Box 8500-1226 Philadelphia, PA 19178-1226 | - | | | | Business Debt | | | | 23,425.40 |

Sheet no.   9   of   16   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           142,677.51

B6F (Official Form 6F) (12/07) - Cont.

In re    Jason Corey Bornman                                    Case No.    15-04676-5-DMW
                                                Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxx-xxxx800-1 | | | | 2015 | | | | |
| Creditor #: 46 North Lenoir Water Corp. Attn: Manager, Agent, Officer P. O. Box 1579 Kinston, NC 28503-1579 | | - | | Business Debt | | | | 43.10 |
| Account No. xx-xxx0747 | | | | 2014 | | | | |
| Creditor #: 47 NTS Mikedon, LLC Attn: Manager, Agent or Officer P. O. Box 750963 Houston, TX 77075 | | - | | Business Debt | | | | 4,587.07 |
| Account No. xxxxx2197 | | | | 2015 | | | | |
| Creditor #: 48 Oldcastle Precast, Inc. c/o R. Matthew Van Sickle Attorney at Law 201 Shannon Oaks Circle Ste 20 Cary, NC 27511 | | - | | Business Debt | | | | 21,297.49 |
| Account No. | | | | Business Debt | | | | |
| Creditor #: 49 **Petroleum Services, Inc. Attn: Manager, Agent, Officer 2092 Wilmington Hwy Fayetteville, NC 28306 | | - | | | | | | 2,529.62 |
| Account No. x9425 | | | | 2014 | | | | |
| Creditor #: 50 Protection Services, Inc. Attn: Manager, Agent, Officer 635 Lucknow Road Harrisburg, PA 17110 | | - | | Business Debt | | | | 49,436.69 |

Sheet no. __10__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77,893.97

B6F (Official Form 6F) (12/07) - Cont.

In re    Jason Corey Bornman                                                    Case No.    15-04676-5-DMW
_____                                          _____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x9425 | | | 2014 | | | | |
| Creditor #: 51 Protection Services, Inc. Attn: Manager or Agent 635 Lucknow Rd. Harrisburg, PA 17110 | | - | Business Debt | | | | 50,057.31 |
| Account No. | | | | | | | |
| Miles & Stockbridge P.C. Attn: Manager, Agent or Officer 100 Light Street Baltimore, MD 21202-1036 | | | Representing: Protection Services, Inc. | | | | Notice Only |
| Account No. xxxxx3359 | | | 2015 | | | | |
| Creditor #: 52 Puryear Transport, Inc. c/o Lindsey E. Powell Anderson Jones, PLLC P. O. Box 20248 Raleigh, NC 27619 | | - | Business Debt | | | | 13,018.75 |
| Account No. | | | 2014 | | | | |
| Creditor #: 53 Red Roof Inn Attn: Manager, Agent, Officer 810 Radford Boulevard Dillon, SC 29536 | | | Business Debt | | | | 1,741.33 |
| Account No. xxx1066 | | | 2014 | | | | |
| Creditor #: 54 Rinker Materials Attn: Manager, Agent, Officer 300 Bill St. Columbia, SC 29209-3757 | | - | Business Debt | | | | 133.95 |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          64,951.34

B6F (Official Form 6F) (12/07) - Cont.

In re     Jason Corey Bornman                                                                  Case No.     15-04676-5-DMW
                                                        Debtor                      ,

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** xxxxS648 | | | | | 2014 | | | | |
| Creditor #: 55 Rob's Hydraulics, Inc. Attn: Manager, Agent, Officer P. O. Box 636 Grimesland, NC 27837 | | - | | | Business Debt | | | | 54,448.05 |
| **Account No.** | | | | | | | | | |
| Benjamin Waller, Esq. Ward & Smith, P.A. PO Box 8088 Greenville, NC 27835-8088 | | | | | Representing: Rob's Hydraulics, Inc. | | | | Notice Only |
| **Account No.** | | | | | | | | | |
| CNA Surety Attn: Manager, Agent, Officer 333 S. Wabash Avenue 41st Floor Chicago, IL 60604 | | | | | Representing: Rob's Hydraulics, Inc. | | | | Notice Only |
| **Account No.** xxxxx4438 | | | | | 2014 | | | | |
| Creditor #: 56 S. T. Wooten Corp. Attn: Managing Agent PO Box 2408 Wilson, NC 27894-2408 | | - | | | Business Debt | | | | 103,208.53 |
| **Account No.** 1410 | | | | | 2014 | | | | |
| Creditor #: 57 Scott's Trucking Company Attn: Manager, Agent, Officer 2144 Bethlehem Rd. Raleigh, NC 27610 | | - | | | Business Debt | | | | 1,328.16 |

Sheet no.   12   of   16   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    158,984.74

B6F (Official Form 6F) (12/07) - Cont.

In re    Jason Corey Bornman                                                    Case No.    15-04676-5-DMW
                                                                        ,
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xx-xxx5181 | | | | | 2014 | | | | |
| Creditor #: 58 Specialty Tool & Supply Attn:  Manager or Agent P.O. Box 2946 Greenville, NC 27836 | - | | | | Business Debt | | | | 1,121.74 |
| Account No. xxxxS294 | | | | | 2014 | | | | |
| Creditor #: 59 Sunbelt Rentals Attn: Manager, Agent, Officer P. O. Box 409211 Atlanta, GA 30384-9211 | - | | | | Business Debt | | | | 35,364.05 |
| Account No. | | | | | Credit card purchases | | | | |
| Creditor #: 60 Synchrony Bank/Amazon Attn: Manager, Agent, Officer PO Box 960013 Orlando, FL 32896-0013 | - | | | | | | | | 861.28 |
| Account No. xxxxxxxxxxx9121 | | | | | Credit card purchases | | | | |
| Creditor #: 61 Synchrony Bank/Amazon Attn: Manager or Agent PO Box 960013 Orlando, FL 32896-0013 | - | | | | | | | | 861.28 |
| Account No. xxxxxxxxx1930 | | | | | Business Debt | | | | |
| Creditor #: 62 Synchrony Bank/Lowes ATTN: Bankruptcy Dept. P. O. Box 965060 Orlando, FL 32896-5060 | - | | | | | | | | 9,903.70 |

Sheet no.  _13_  of  _16_  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                48,112.05

B6F (Official Form 6F) (12/07) - Cont.

In re    Jason Corey Bornman                                        Case No.    15-04676-5-DMW
_____,
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xx3312 | | | | 2014 | | | | |
| Creditor #: 63 Terracon Attn: Manager, Agent, Officer 18001 W 106th Street Suite 300 Olathe, KS 66061 | | - | | Business Debt | | | | 213.91 |
| Account No. xxx3699 | | | | Business Debt | | | | |
| Creditor #: 64 Terracon Consultants, Inc. Attn: Manager, Agent, Officer 18001 West 106th Street Suite 300 Olathe, KS 66061 | | - | | | | | | 205.50 |
| Account No. multiple accounts | | | | 2014 | | | | |
| Creditor #: 65 Thompson & Associates Attn: Manager, Agent, Officer 1149 Executive Circle Cary, NC 27511 | | - | | Business Debt | | | | 7,260.00 |
| Account No. BOR8 | | | | 2014 & 2015 | | | | |
| Creditor #: 66 Thompson Pump Attn: Manager, Agent, Officer 4620 City Center Drive Port Orange, FL 32129 | | - | | Business Debt | | | | 19,235.64 |
| Account No. xxxxx7185 | | | | Business Debt | | | | |
| Creditor #: 67 Travelers Property Casualty Co Attn: Manager, Agent, Officer P. O. Box 26385 Richmond, VA 23260-6385 | | - | | | | | | 4,194.67 |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,109.72

B6F (Official Form 6F) (12/07) - Cont.

In re    Jason Corey Bornman                                                                ,    Case No.    15-04676-5-DMW
                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Representing: | | | | |
| RMS Attn: Manager, Agent, Officer PO Box 361345 Columbus, OH 43236 | | | | Travelers Property Casualty Co | | | | Notice Only |
| Account No. xxx6059 | | | | 2014 | | | | |
| Creditor #: 68 United Rentals Attn: Manager, Agent, Officer 6125 Lakeview Road Suite 300 Charlotte, NC 28269 | | - | | Business Debt | | | | 34,038.82 |
| Account No. 2817 | | | | Business Debt | | | | |
| Creditor #: 69 Viatechnik, LLC Attn: Manager, Agent, Officer P. O. Box 582 Chicago, IL 60690 | | - | | | | | | 350.00 |
| Account No. 3145 | | | | 2014 | | | | |
| Creditor #: 70 Wake Stone Corporation Attn: Managing Agent P.O. Box 190 Knightdale, NC 27545 | | - | | Business Debt | | | | 2,680.84 |
| Account No. xxxxxx4234 | | | | 2015 | | | | |
| Creditor #: 71 Website Backup Attn: Manager, Agent, Officer 2375 E. Camelback Rd. Suite 600 Phoenix, AZ 85016 | | - | | Business Debt | | | | 70.00 |

Sheet no.  15  of  16  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     37,139.66

B6F (Official Form 6F) (12/07) - Cont.

In re   Jason Corey Bornman ,   Case No.   15-04676-5-DMW
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxM106 | | | | 2014 | | | | |
| Creditor #: 72 Woolard's Automotive Inc. Attn: Manager, Agent Officer 1011 W. 3rd Street Washington, NC 27889 | - | | | Business Debt | | | | 6,629.18 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __16__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 6,629.18 |
| | Total (Report on Summary of Schedules) | 1,191,564.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re   Jason Corey Bornman                      Case No.   15-04676-5-DMW

                                  Debtor(s)               Chapter   7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   22   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   November 13, 2015                  Signature     /s/ Jason Corey Bornman

                                                            Jason Corey Bornman

                                                              Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

| | | |
|---|---|---|
| In re | Jason Corey Bornman | Case No. 15-04676-5 |
| | Debtor(s) | Chapter 7 |

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $32,330.00 | 2015 YTD: Husband Self Employed/Novus Construction |
| $-49,814.00 | 2014: Husband Self Employed |
| $1,861,561.00 | 2014: Gross sales of business |
| $-51,505.38 | 2013: Husband Self Employed |
| $249,159.00 | 2013: Gross sales of business |

B7 (Official Form 7) (04/13)                                                                                                                        2

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Gregory Poole Equipment Co. vs. Jason Bornman 2015CVD001375 | Complaint for Money Owed | Wake County North Carolina | Judgment Entered |

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Maxwell Portable Storage, Inc, a North Carolina Corporation vs. Bornman Construction, Inc, a North Carolina Corporation Jason Bornman 15CVD5099 | Complaint for Money Owed | Cumberland County North Carolina District Court Division | Pending |
| Highland Paving Company, LLC vs. Bornman Construction, Inc. | Complaint for Money Owed | Cumberland County North Carolina Superior Court Division | Pending |
| Hendrix-Barnhill Company, Incorporated vs. Bornman Construction, Inc. d/b/a Bornman Construction 15CVS338 | Complaint for Money Owed | Pitt County North Carolina Superior Court Division | Judgment Entered |
| Oldcastle Precast, Inc. vs. Jason Bornman 15CVD2197 | Complaint for Money Owed | Wake County North Carolina District Court Division | Judgment Entered |
| Hanson Aggregates Southeast LLC vs. Bornman Construction, Inc and Jason Bornman d/b/a Bornman Construction 15CVD001993 | Complaint for Money Owed | Durham County North Carolina District Court Division | Judgment Entered |
| Hudson Paving, Inc. vs. Jason Bornman 14CVS1149 | Complaint for Money Owed | Richmond County North Carolina Superior Court Division | Judgment Entered |
| Jerry T. Bunn Trucking, llc vs. Bornman Construction, Inc. 15CVD285 | Complaint for Money Owed | Wilson County North Carolina District Court Division | Judgment Entered |
| Neff Rental, LLC vs. Bornman Construction, Inc and Jason C. Bornman 15CVD4504 | Complaint for Money Owed | Wake County North Carolina District Court Division | Judgment Entered |
| Puryear Transport, Inc. vs. Bornman Construction, Inc. 15CVD3359 | Complaint for Money Owed | Wake County North Carolina District Court Division | Judgment Entered |
| Rob's Hydraulics, Inc. vs. Jason Bornman (individually and d/b/a Bornman Construction) 15CVS648 | Complaint for Money Owed | Pitt County North Carolina Superior Court Division | Judgment Entered |
| S.T. Wooten Corporation vs. Bornman Construction, Inc. and Jason Bornman 15CVS4438 | Complaint for Money Owed | Wake County North Carolina Superior Court Division | Judgment Entered |
| Sunbelt Rentals, Inc. vs. Bornman Construction, Inc. and Jason Bornman 15CVS294 | Complaint for Money Owed | Carteret County North Carolina Superior Court Division | Judgment Entered |

B7 (Official Form 7) (04/13)                                                                                      4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Woolard's Automotive, Inc. vs. Jason Bornman 15CVM106 | Complaint for Money Owed | Carteret County North Carolina District Court Division | Judgment Entered |
| Milam's Equipment Rentals, LLC vs. Bornman Construction, Inc and Jason Bornman 15CVS892 | Complaint for Money Owed | Brunswick County North Carolina Superior Court Division | Pending |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Citizen One Auto Finance Attn: Manager, Agent, Officer RJW214 P. O. Box 7000 Providence, RI 02940 | 07/2015 | 2010 Ford F250 Value: $12,125 |
| Jarman Auto Sales Attn: Manager, Agent, Officer 1000 Greenville Blvd SW Greenville, NC 27834 | 03/2015 | 2007 Chevrolet 1500 Value: $7,300 |
| **Bank of West Attn: Manager, Agent, Officer 475 Sansome Street 19th Floor San Francisco, CA 94111 | 5/2015 | Hyundai R80 Value: $68,850.00 |
| **De Lage Landen Finan. Attn:  Manager or Agent P.O. Box 41601 Philadelphia, PA 19101 | 5/2015 | Hyundia R220 Value: $145,800.00 |

---

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)    5

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Graham Memorial 3448 Mill Creek Rd Newport, NC 28570 | None | 07/2014 - 07/2015 | Tithes $3,600 |

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Stubbs & Perdue, P.A. 310 Craven Street PO Box 1654 New Bern, NC 28563-1654 | 08/25/15 | $4,335.00 |

### 10. Other transfers

None
☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Cherrill Goodwin 520 Sunrise Walk Newport, NC 28570    Bookkeeper | March 2015 | 2002 Chevrolet Trailblazer Value Received $2,800 Transferred in lieu of money for work done as bookkeeper |
| DeAngelo Emanuel 198 Hopkins Road Beaufort, NC 28516 | 2014 | 1999 GMC Sierra Truck Value received $500.00 Transferred in lieu of money for work done |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

**11. Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| First Citizens Bank<br>Attn: Managing Agent<br>P.O. Box 29514<br>Raleigh, NC 27626-0514 | checking account | $0<br>04/2015 |

---

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15. Prior address of debtor**

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                              7

---

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                              8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Bornman Construction | 4110 | 2480 Mill Creek Rd Newport, NC 28570 | Construction | 01/2002 - 04/2015 |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

---

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Renee Foley P. O. Box 1011 Kinston, NC 28501 | 02/14 - 12/14 |
| Carina Martinez P. O. Box 1011 Kinston, NC 28501 | 11/13 - 12/14 |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| Jason Bornman Debtor is unsure of what books are still in his possession.  The two book keepers are suspected of embezzlement and have possibly destroyed the books. | 2480 Mill Creek Rd. Newport, NC 28570 |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED

B7 (Official Form 7) (04/13)                                                                                                    9

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

B7 (Official Form 7) (04/13)                                                                                                    10

---

**25. Pension Funds.**

None      If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■         employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                                              11

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    November 13, 2015                                     Signature    /s/ Jason Corey Bornman

                                                                          Jason Corey Bornman

                                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*